UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NESTOR C. NEBAB, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01865-KJD-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BANK OF AMERICA, et al., | ) | (Mtn to Withdraw - Dkt. #12) |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #12) filed November 3, 2010. Marilee A. Ryan seeks to withdraw as counsel of record for Plaintiff Nestor C. Nebab. The Motion represents that Plaintiff terminated Ms. Ryan's services on November 2, 2010, at approximately 3:30 p.m., and communication has broken down to the point where Ms. Ryan can no longer represent Plaintiff. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was removed to this court on October 25, 2010.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #46) is GRANTED.
2. Plaintiff shall have until **December 6, 2010** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that he will be proceeding *pro se.*
3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

/ / /

/ / /

4. The Clerk of Court shall serve a copy of this Order on Plaintiff at:

>Nestor C. Nebab
>2075 Cambridge Dr.
>Henderson, NV 89052

Dated this 8th day of November, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE