# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NESTOR C. NEBAB,                                             ) | |
|                                            Plaintiff,        ) | Case No. 2:10-cv-01865-KJD-PAL |
|                                                             ) | |
| vs.                                                          ) | **ORDER** |
|                                                             ) | |
| BANK OF AMERICA, *et al.,*                                   ) | |
|                                            Defendants.       ) | |

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #3) entered October 25, 2010, regarding removal of this case to federal district court.  On November 2, 2010, Defendants BAC Home Loans Servicing, L.P. and Bank of America filed a signed Statement (Dkt. #11) which complied with the court's order that the removing party file a statement providing the information specified.  However, the parties have not submitted a joint status report regarding removal as required.  Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., December 16, 2010,** which must:

1.   Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2.   Include a statement by counsel of action required to be taken by this court.

3.   Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 2nd day of December, 2010.

_____
Peggy A. Leen
United States Magistrate Judge