Zachary T. Ball, Esq.
Nevada Bar No. 8364
Nik Skrinjaric, Esq.
Nevada Bar No. 3605
FIDELITY NATIONAL LAW GROUP
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169
Telephone:  (702) 667-3000
Email: fnlg.nevada@fnf.com
Attorneys for Defendant *Fidelity National Title Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NESTOR C. NEBAB, | ) | Case No.   A-10-624271-C |
|          Plaintiff, | ) | |
|     vs. | ) | |
| | ) | |
| BANK OF AMERICA f/k/a COUNTRYWIDE HOME LOANS; BAC HOME LOANS SERVICING, L.P., a subsidiary of Bank of America, N.A.; ALLIANCE LAW CENTER; RECONTRUST COMPANY, N.A.; FIDELITY NATIONAL TITLE COMPANY; DOES I-X; and CORPORATIONS XI-XX, inclusive, | ) ) ) ) ) ) ) | |
|          Defendants. | ) | |
| | ) | |

**SUBSTITUTION OF ATTORNEYS**

Zachary T. Ball, Esq, of FIDELITY NATIONAL LAW GROUP is hereby substituted as attorneys for Defendant FIDELITY NATIONAL TITLE COMPANY in the above-entitled action, in place and stead of Ronald L. Warren, Esq., of FIDELITY NATIONAL LAW GROUP,

Fidelity National Title Company

DATED: 1-25-2011_____          /s/ Deborah Yocum_____

By: Deborah Yocum_____

Its: Vice President_____

Ronald L. Warren, Esq. of FIDELITY NATIONAL LAW GROUP hereby consents to the above and foregoing substitution of Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW

1   GROUP in its place and stead as attorney of record for FIDELITY NATIONAL TITLE COMPANY

2   in the above-entitled action.

3                                              FIDELITY NATIONAL LAW GROUP

4

5        DATED: 1-25-2011                      *Ronald L. Warren*

6                                              Ronald L. Warren, Esq.
                                               Nevada Bar No. 2857
7                                              3980 Howard Hughes Parkway, Suite 230
                                               Las Vegas, Nevada 89169
8

9        Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW GROUP hereby accepts and

10  consents to its substitution as attorneys of record for FIDELITY NATIONAL TITLE COMPANY

11  in its place and stead as attorney of record for Ronald L. Warren, Esq. of FIDELITY NATIONAL

12  LAW GROUP in the above-entitled action.

13                                             FIDELITY NATIONAL LAW GROUP

14

15       DATED: 1-25-2011                      /s/ Zachary T. Ball
                                               Zachary T. Ball, Esq., Bar No. 8364
16                                             Nik Skrinjaric, Esq., Bar No. 3605
                                               3980 Howard Hughes Parkway, Suite 230
17                                             Las Vegas, Nevada 89169
                                               Attorneys for *FIDELITY NATIONAL TITLE
18  ////                                       COMPANY*

19  ////

20  ////                                       **IT IS SO ORDERED.**

21  ////

22  ////                                       **GEORGE FOLEY, JR.**

23  ////                                       **United States Magistrate Judge**

24  ////                                       **DATED:  January 26, 2011**

25  ////

26  ////

27  ////

28  ////

Fidelity National
Law Group
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000

Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **SUBSTITUTION OF ATTORNEYS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-registrants by U.S. Mail, on the date below shown.

Nestor C. Nebab                          J. Christopher Jorgensen, Esq.
2075 Cambridge Dr.                       Lewis and Roca LLP
Henderson, NV  89052                     3993 Howard Hughes Pkwy, Ste. 600
Plaintiff in Pro Per                     Las Vegas, NV  89169
                                         Attorneys for Defendants BOA and BAC

**DATED**  1-25-2011_____

An employee of Fidelity National Law Group

////
////
////
////
////
////
////
////
////
////
////
////
////
////

**Fidelity National
Law Group**
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000

Page 3 of 3