# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NESTOR C. NEBAB, )
)
       Plaintiff, )    Case No.  2:10-cv-01865-KJD-GWF
)
vs. )    **ORDER**
)
BANK OF AMERICA, *et al.*, )
)
       Defendants. )
_____ )

     This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  Counsel for Defendants removed this matter to federal court on October 25, 2010.   Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint (#38) on November 17, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

     **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 19, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

     DATED this 9th day of January, 2012.

                         _George Foley Jr._____
                         GEORGE FOLEY, JR.
                         United States Magistrate Judge