# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NESTOR C. NEBAB,  <br>  Plaintiff,  <br>vs.  <br>BANK OF AMERICA, *et al.*,  <br>  Defendants. | Case No. 2:10-cv-01865-KJD-GWF  <br>**ORDER**  <br>Motion to Withdraw as Counsel of Record (#45) |

This matter comes before the Court on the Law offices of Kajioka & Bloomfield LLP and Wang & Shin & Associates LLP's Motion to Withdraw as Counsel of Record for Plaintiff (#45), filed on March 14, 2012. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Law offices of Kajioka & Bloomfield LLP and Wang & Shin & Associates LLP's Motion to Withdraw as Counsel of Record for Plaintiff (#45) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Nestor Nebab to the civil docket:

**Nestor C. Nebab**
**2075 Cambridge Springs Drive**
**Henderson, Nevada 89052**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Nestor **Nebab** with a copy of this order at her last known addresses listed above.

DATED this 3rd day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge